# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KING, an individual,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>OPTUMRX, INC., a California corporation; UNITEDHEALTH GROUP, an unknown entity, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 22-1745-DMG (PDx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [12]** |

　　　Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: April 12, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE